FILED

JUL 01 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10029 |
| Plaintiff - Appellee, | D.C. No. 4:08-cr-00712-FRZ |
| v. | MEMORANDUM[*] |
| FRANCISCO JAVIER CERON-GOMEZ, a.k.a. Raul Gomez-Hernandez, | |
| Defendant - Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10031 |
| Plaintiff - Appellee, | D.C. No. 4:04-cr-01945-FRZ |
| v. | |
| FRANCISCO JAVIER CERON-GOMEZ, a.k.a. Raul Gomez-Hernandez, | |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Frank R. Zapata, District Judge, Presiding

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

Submitted June 15, 2011[**]

Before:    CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

In these consolidated appeals, Francisco Javier Ceron-Gomez appeals from (1) his guilty-plea conviction and 77-month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326; and (2) the district court's judgment revoking his supervised release and imposing an 18-month sentence of imprisonment.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ceron-Gomez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

---

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

09-10029